WILLIAM RUBIN, Plaintiff, *v.* PRUDENCE BONDS CORPORATION et al., Defendants, and FLORINDO S. POLO, Respondent. ALEXANDER ROTHSTEIN, Appellant.

Argued March 1, 1948; decided March 18, 1948.

*Alexander Rothstein,* appellant in person.

*William M. Kilcullen* for respondent.

*Per Curiam.* Questions of fact are presented by the record as to whether appellant improperly abandoned the case or was justifiably dismissed. Since the Appellate Division order fails . to make the specifications required by section 602 of the Civil

Practice Act, we are compelled to presume that questions of fact were not considered and to " treat the Appellate Division order as being a determination on the law only." (See *People ex rel. Sheffield Farms Co., Inc.,* v. *Lilly,* 295 N. Y. 354, 356; see, also, *Tufts* v. *Stolz,* 297 N. Y. 673.) So regarded, the Appellate Division order cannot be sustained. The order is accordingly reversed, without costs, and the matter remitted to the Appellate Division " for determination upon the questions of fact raised in that court " (Civ. Prac. Act, § 606).

LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ., concur.

Order reversed, etc.